1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

7    TIMOTHY A. JOHNSON,                          Case No. 2:16-cv-01833-RFB-PAL

8                                    Plaintiff,                    ORDER

9          v.

10   CENLAR   FEDERAL   SAVINGS   BANK, et
     al.,

11

12                                   Defendants.

13          Before the court is the Notice of Settlement (ECF No. 11) between Plaintiff and

14   Defendant Equifax Information Services, LLC ("Equifax") advising the court that a settlement

15   has been reached between these parties.   The parties request 60 days to finalize settlement

16   paperwork and file a stipulation to dismiss.  Accordingly,

17          **IT IS ORDERED** that the parties shall have until **November 7, 2016,** to file a stipulation

18   to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

19          DATED this 23rd day of September, 2016.

20

21
                                              _____
22                                            PEGGY A. LEEN
                                              UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28