David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, TIMOTHY A. JOHNSON*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY A. JOHNSON, | Case No. 2:16-cv-01833-RFB-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY** |
| CENLAR FEDERAL SAVINGS BANK; TAYLOR, BEAN, & WHITAKER MORTGAGE CORP; WELLS FARGO HOME EQUITY; EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

Plaintiff TIMOTHY A. JOHNSON and EQUIFAX INFORMATION SERVICES, LLC hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

…

Page **1** of **2**

dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EQUIFAX INFORMATION SERVICES, LLC**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:     October 28, 2016

| | |
|---|---|
| By:<br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br>/s/Bradley T. Austin, Esq.<br>Bradley T. Austin, Esq.<br>Snell & Wilmer, LLP<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, NV 89169<br><br>*Attorney for Defendant Equifax Information Services, LLC* |

## ORDER

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: 11/7/16